IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WEI GUANG LI,** | : |
| Petitioner, | : |
| vs. | :    **CA 08-0661-CG-C** |
| **DEPARTMENT OF** <br> **HOMELAND SECURITY, et al.,** | : |
| | : |
| Respondents. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** and **ORDERED** this 30th day of December, 2008.

                                             /s/ Callie V. S. Granade
                                    CHIEF UNITED STATES DISTRICT JUDGE